**U.S. Department of Justice**

*United States Attorney*

*District of South Carolina*

Wells Fargo Building
Suite 500
1441 Main Street
Columbia, SC 29201
(803) 929-3000
FAX (803) 252-2759

151 Meeting Street
Suite 200
Post Office Box 978
Charleston, SC 29402
(843) 727-4381
FAX (843) 727-4443

John L. McMillan Federal
Building, Room 222
401 W. Evans Street
Post Office Box 1567
Florence, SC 29503
(843) 665-6688
FAX (843) 678-8809

55 Beattie Place
Suite 700
Greenville, SC 29601
(864) 282-2100
FAX(864) 233-3158

Reply to: Columbia

April 18, 2022

VIA EMAIL ONLY

Mark A. Sawyer, Jr.
George Sink, P.A. Injury Lawyers
7011 Rivers Avenue, Suite 105
North Charleston, SC 29406
Email: MSawyer@sinklaw.com

Re: Pavan Nanjireddy v. Tenneesee National Guard
Civil Action Number: 3:22-cv-00316-JMC

Dear Mark:

Thank you so much for graciously granting the United States a 21-day extension, pursuant to Local Rule 12.01, to respond to the Complaint in this case. By my calculations, our response is now due on or before May 16, 2022. I look forward to working with you on this case.

Yours very truly,

COREY F. ELLIS
UNITED STATES ATTORNEY

By: s/Christie V. Newman
Christie V. Newman (#5473)
Assistant United States Attorney

CVN/np